UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO.  1:14-cv-8728

STEVEN MAUPIN,                          )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )
                                        )
ELI LILLY AND COMPANY, ET AL.           )

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION
TO WITHDRAW PRO HAC VICE APPLICATION**

COMES NOW Plaintiff, by counsel, and files its Motion for Leave to File Motion to

Withdraw Pro Hac Vice Application and states:

1.    Plaintiff  filed its Motion for Leave to Appear Pro Hac Vice on 11.5.2014.

2.    Since filing said Motion, Plaintiff has learned that once they received their ECF

      filing credentials, that said Pro Hac Vice Application would not be needed and,

      therefore, Plaintiff withdraws said Pro Hac Vice Application.

WHEREFORE, Plaintiff, by counsel, requests the Court for an Order granting it's Motion

for Leave to File Motion to Withdraw Pro Hac Vice Application, and for all other proper relief.

Respectfully submitted,

HOVDE DASSOW + DEETS, LLC

s/ Robert T. Dassow
Robert T. Dassow, Esq.
HOVDE DASSOW + DEETS, LLC
201 W. 103rd Street, Suite 500
Indianapolis, IN 46290
Telephone: (317) 818-3100
Facsimile: (317) 818-3111
rdassow@hovdelaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document has been electronically filed with the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s Robert T. Dassow_____
Robert T. Dassow