UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Steven Maupin

                    Plaintiff,

v.                                          Case No.: 1:14–cv–08728
                                                    Honorable Matthew F. Kennelly

Eli Lilly and Company, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 15, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file motion to withdraw pro hac vice application [10] is granted. Application to appear pro hac vice [7] is withdrawn. Motions terminated. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.